**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Leonardo J. MOJICA–CARRION, Petitioner**

**No. 454 MAL 2017**

Supreme Court of Pennsylvania.

November 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.